# ATTACHMENT B

## PROPERTY TO BE SEIZED

1. Books, records, receipts, notes, ledgers and other papers relating to the cost of, and profits from, ordering, purchasing, transporting and distributing controlled substances, in particular marijuana and cocaine.

2. Paper, tickets, notes, receipts and other items relating to domestic and international travel.

3. Books, records, invoices, receipts, ledgers, records of real estate transactions, bank statements and related records, credit union statements and related records, passbooks, money drafts, letters of credit, money orders, bank drafts, and cashier's checks, bank checks, safe deposit box keys, money wrappers, and other items evidencing the obtaining, secreting, transfer and /or concealment of assets and obtaining, saving, investment, secreting, transfer, concealment and/or expenditure of money.

4. United States currency, precious metals, jewelry and financial instruments, including stocks, bonds, money orders and checks.

5. Any safes, safe deposit boxes or other containers within the residence which might contain such books, records, or other items listed in items 1 through 5, as above.

6. Records, documents, papers, receipts, books and ledgers relating to the purchase and sale of vehicles, including but not limited to invoices, purchase orders, automobile purchase agreements, financing statements and related documents.

7. Records, receipts, ledgers and other documents or records relating to the shipment transportation or delivery of U.S. currency, drug-related proceeds or assets by wire, courier or other means.

8. Still or video images, including still photographs, video tapes, films digital images, digital video files; in particular, photographs or video images of co-conspirators, assets, firearms, controlled substances and/ or other contraband.

9. Indicia of occupancy, residency, rental and /or ownership of the premises described herein or of any vehicles or other conveyances; including, but not limited to, utility and telephone bills, cancelled envelopes, rental, purchase or lease agreements, titles, registration documents, and keys.

10. All other documentary items not listed above that constitute evidence of the distribution, conspiracy to distribute, possession with the intent to distribute, and/or conspiracy with intent to distribute control substances.

11. Any and all firearms and ammunition, as well as papers, documents, records and/or receipts pertaining to the possession or ownership of firearms and ammunition.

12. Electronic equipment, such as computers, cellular telephones, personal digital assistants (PDAs), other electronic organizers, currency counting machines, telephone answering machines used to generate, transfer, count, record and /or store any information described herein; and the data contained or stored within such devices.