| Return | | |
|---|---|---|
| Case No.: <br> 2:21-cr-767 | Date and time warrant executed: <br> 09/24/2021 11:15 am | Copy of warrant and inventory left with: <br> 7631 Kinston St - Kitchen Table |
| Inventory made in the presence of : <br> SA Brian Robinson / TFO James White / SA James Duffy | | |
| Inventory of the property taken and name of any person(s) seized: <br><br> Four (4) ziplock bags recovered from master bedroom toilet <br> Five (5) SSEE (evidence bags) with an undetermined amount of US currency <br> One (1) revolver firearm <br> One (1) semi auto firearm <br> One (1) S&W semi auto firearm <br> One (1) SSEE (evidence bag) with miscellaneous documents <br> One (1) Steve Madden shoe box with miscellaneous jewelry (i.e. Rolex watch, Cartier glasses, bracelet, rings, earings) <br> One (1) SSEE (evidence bag) with miscellaneous marijuana / THC edibles <br> One (1) 2020 Honda ATV (white) <br> One (1) 2017 Ford F350 (black) <br> Various metal press molds | | |

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 09/24/2021

_Executing officer's signature_

BRIAN ROBINSON  S/A

_Printed name and title_